JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO CARLOS ACOSTA,<br>Petitioner,<br>v.<br>JOSHUA JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-05184 ADS<br><br>JUDGMENT |

Pursuant to the Court's Order, IT IS HEREBY ORDERED AND ADJUDGED that the Petition is granted. Petitioner Roberto Carlos Acosta (A# 074-015-956) must be immediately released from immigration detention.

DATED: September 21, 2026

/s/ Autumn D. Spaeth
THE HONORABLE AUTUMN D. SPAETH
United States Magistrate Judge